| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Manglona, Ramona V. | 2. Court or Organization District Court for the Northern Mariana Islands | 3. Date of Report 01/21/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

123 Kopa di Oru Street
P.O. Box 500687
Saipan, MP 96950

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-trustee | ▓▓▓ trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Spouse's salary - Supreme Court, Northern Mariana Islands |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Guam | Personal Loan (secured by CD) | K |
| 2. | University of California at Berkeley | Tuition paid monthly pursuant to a payment plan | None |
| 3. | University of Michigan at Ann Arbor | Tuition paid monthly pursuant to a payment plan | None |
| 4. | American Express Optima | Credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of Guam - cash account | B | Interest | M | T | | | | | |
| 2. Sunset Life Insurance (Universal) | | None | J | T | | | | | |
| 3. Rental Property - DFS Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 4. ▨ Trust - lines 5 to 59 and 61 to 106 | E | Int./Div. | P2 | W | | | | | |
| 5. -Garapan 1 | | | | | | | | | |
| 6. -Garapan 2 | | | | | | | | | |
| 7. -Garapan 3 | | | | | | | | | |
| 8. -Navy Hill parcel 1 | | | | | | | | | |
| 9. -Navy Hill parcel 2 | | | | | | | | | |
| 10. -Chalan Kanoa parcel 1 | | | | | | | | | |
| 11. -Chalan Kanoa parcel 2 | | | | | | | | | |
| 12. -Chalan Kanoa parcel 3 | | | | | | | | | |
| 13. -DanDan parcel 1 | | | | | | | | | |
| 14. -DanDan parcel 2 | | | | | | | | | |
| 15. -DanDan parcel 3 | | | | | | | | | |
| 16. -Tuturam parcel 1 | | | | | | | | | |
| 17. -Tuturam parcel 2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Tuturam parcel 3 | | | | | | | | | |
| 19. -Papago parcel 1 | | | | | | | | | |
| 20. -Papago parcel 2 | | | | | | | | | |
| 21. -Papago parcel 3 | | | | | | | | | |
| 22. -Papago parcel 4 | | | | | | | | | |
| 23. -Papago parcel 5 | | | | | | | | | |
| 24. -As Perdido parcel 1 | | | | | | | | | |
| 25. -As Perdido parcel 2 | | | | | | | | | |
| 26. -As Perdido parcel 3 | | | | | | | | | |
| 27. -As Perdido parcel 4 | | | | | | | | | |
| 28. -As Perdido parcel 5 | | | | | | | | | |
| 29. -Chalan Kiya parcel 1 | | | | | | | | | |
| 30. -Chalan Kiya parcel 2 | | | | | | | | | |
| 31. -San Roque parcel 1 | | | | | | | | | |
| 32. -Fina Sisu parcels 1 to 15 | | | | | | | | | |
| 33. -Puerto Rico Village parcel 1 | | | | | | | | | |
| 34. -Tanapag parcel 1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -San Jose village parcel 1 | | | | | | | | | |
| 36. -San Jose village parcel 2 | | | | | | | | | |
| 37. -San Jose village parcel 3 | | | | | | | | | |
| 38. -Rota Property 1 | | | | | | | | | |
| 39. -Rota Property 2 | | | | | | | | | |
| 40. -Rota Property 3 | | | | | | | | | |
| 41. -Garapan leased property 1 | | | | | | | | | |
| 42. -San Jose leased property 1 | | | | | | | | | |
| 43. -Bank of Guam cash account | C | Int./Div. | N | T | | | | | |
| 44. -First Hawaiian bank cash account | E | Int./Div. | M | T | | | | | |
| 45. -United Micronesia Development Association (UMDA) | | | K | U | | | | | |
| 46. -Bank of Guam stock | B | Dividend | J | U | | | | | |
| 47. -Bank of Saipan stock | | | J | U | | | | | |
| 48. -Saipan Shipping. Co. stock | C | Dividend | J | U | | | | | |
| 49. -Saipan Stevedore Co, Inc. stock | B | Dividend | J | U | | | | | |
| 50. -Duty Free Shoppers Ltd. stock | | | J | U | | | | | |
| 51. -Pacific Sky Travel stock | | | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -San Roque Beach Dev. Corp. stock | C | Dividend | J | U | | | | | |
| 53. -M.S. Villagomez Inc. stock | G | Dividend | N | U | | | | | |
| 54. -Northern Marianas Dev. Corp (NMDC) | | | | | | | | | |
| 55. -St. Jude Renal Care Facility | B | Dividend | | | | | | | |
| 56. -Lighthouse Target Allocation | A | Int./Div. | K | T | | | | | |
| 57. -Money Concepts Capital Corp. fka Prime Vest cash account | E | Interest | | | | | | | |
| 58. -Chimera Invt Corp. Com. | A | Dividend | L | T | | | | | |
| 59. -Dreyfus Insured Deposits C (X) | A | Interest | | | | | | | |
| 60. Rental Property - Sandy Beach, Chalan Kanoa, Saipan (X) | C | Rent | M | W | | | | | |
| 61. -Touchstone Small Cap Fund | A | Dividend | | | Sold | 02/01/13 | J | A | |
| 62. -M.S. Villagomez Trust account 1 | D | Dividend | J | T | | | | | |
| 63. -M.S. Villagomez Trust account 1 | A | Interest | J | T | | | | | |
| 64. -M.S. Villagomez Trust account 2 | C | Interest | J | T | | | | | |
| 65. -M.S. Villagomez Trust account 2 | A | Dividend | J | T | | | | | |
| 66. -AES Corp Sr Nt (X) | A | Int./Div. | J | T | Buy | 08/28/13 | J | | |
| 67. -Dolphin Subsidiary II Inc Sr NT | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 68. -Amerigas Fin Corp/Amerigas Fin LLC GTD Sr NT | A | Int./Div. | J | T | Buy | 07/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Alliant Techsystems Inc. fixed rate Sr Nt | A | Int./Div. | J | T | Buy | 09/05/13 | J | | |
| 70. -Huntsman Intl LLC Sr Sub Nt | A | Int./Div. | J | T | Buy | 08/27/13 | J | | |
| 71. -Intelsat Jackson Hldgs S A Sr Nt | A | Int./Div. | J | T | Buy | 9/10/13 | J | | |
| 72. -Mirant Americas Generation LLC | A | Int./Div. | J | T | Buy | 08/20/13 | J | | |
| 73. -Donnelley RR&Sons | A | Int./Div. | J | T | Buy | 09/04/13 | J | | |
| 74. -Constellation Brands Inc. Sr Nt | A | Int./Div. | J | T | Buy | 08/07/13 | J | | |
| 75. -Teekay Corp | A | Int./Div. | J | T | Buy | 09/05/13 | J | | |
| 76. -United Rentals North America Sr Nt | A | Int./Div. | J | T | Buy | 08/12/13 | J | | |
| 77. -Vulcan Matls Co Fixed rate note | A | Int./Div. | J | T | Buy | 09/05/13 | J | | |
| 78. -Zayo Group LLC | A | Int./Div. | J | T | Buy | 08/20/13 | J | | |
| 79. United Airlines Pass Trhu TR | A | Int./Div. | J | T | Buy | 08/01/13 | J | | |
| 80. -B/E Aerospace Inc Sr Nt | A | Int./Div. | J | T | Buy | 08/21/13 | J | | |
| 81. -B&G Foods Inc Gtd Fxd Rt | A | Int./Div. | J | T | Buy | 08/15/13 | J | | |
| 82. -Biomet Inc Fxd Rt | A | Int./Div. | J | T | Buy | 09/04/13 | J | | |
| 83. -Peabody Energy Corp Sr Nt | A | Int./Div. | J | T | Buy | 09/05/13 | J | | |
| 84. -Crown Castle Intl Corp Sr Nt | A | Int./Div. | J | T | Buy | 08/22/13 | J | | |
| 85. -Chesapeake Energy Corp Sr Nt | A | Int./Div. | J | T | Buy | 08/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -CCO Holdings LLC Sr Nt | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 87. -Centurylink Inc. Sr Nt | A | Int./Div. | J | T | Buy | 08/06/13 | J | | |
| 88. -Denbury Res Inc. Del Sr Sub. Nt | A | Int./Div. | J | T | Buy | 08/13/13 | J | | |
| 89. -Davita Healthcare Parterns Inc. Sr Nt | A | Int./Div. | J | T | Buy | 08/19/13 | J | | |
| 90. -Equinix Inc. Fixed rate Nts | A | Int./Div. | J | T | Buy | 08/15/13 | J | | |
| 91. -Ferrellgas LP/Ferrellgas Fin Corp Sr Nt. | A | Int./Div. | J | T | Buy | 08/29/13 | J | | |
| 92. -Healthsouth Corp. Sr Nt | A | Int./Div. | J | T | Buy | 07/31/13 | J | | |
| 93. -Iron Mtn. Inc. Del Sr Sub NT | A | Int./Div. | J | T | Buy | 09/03/13 | J | | |
| 94. -Lamar Media Corp Gtd Sr Sub Nt | A | Int./Div. | J | T | Buy | 07/26/13 | J | | |
| 95. -NRG Energy Inc. Gtd Fixed Rt | A | Int./Div. | J | T | Buy | 08/19/13 | J | | |
| 96. -Polymer Group Inc. GTD Sr. Secd Nt | A | Int./Div. | J | T | Buy | 08/08/13 | J | | |
| 97. -Range Res Corp. GTD Sr Sub Nt | A | Int./Div. | J | T | Buy | 08/15/13 | J | | |
| 98. Suburban Propane Partners LP/Subn Energy Fin Corp | A | Int./Div. | J | T | Buy | 08/19/13 | J | | |
| 99. -Penske Automotive Group Fixed Rt | A | Int./Div. | J | T | Buy | 08/02/13 | J | | |
| 100. -Offshore Group Invt Ltd Sr Secd 1st Lien | A | Int./Div. | J | T | Buy | 08/05/13 | J | | |
| 101. -Family Equity Fund | A | Int./Div. | | | Sold | 07/23/13 | J | | |
| 102. -Blackrock GNMA Class | A | Int./Div. | | | Sold | 07/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   -JP Morgan Inflation Managed Bond Fund | A | Int./Div. | | | Sold | 07/23/13 | J | | |
| 104.   -Dreyfus U.S. Treasury LT Bond | A | Int./Div. | | | Sold | 07/23/13 | J | | |
| 105.   -Huntsman Intl LLC Sr Sub Nt | A | Interest | | | Sold | 12/18/13 | J | A | |
| 106.   -AQR Managed Futures Strategy Fund | A | Int./Div. | | | Sold | 07/23/13 | J | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 01/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A. Non-Investment Income. In the 2012 report, income from the ▮▮▮▮ trust was erroneously included in Part III. This income is reported in Part VII.

Part VII. In the 2012 report, on line 2, a Bank of Saipan cash account was listed. That account was actually redeemed in 2012 and did not exist in 2013.

Part VII. There are real properties listed in this section. All properties are located in the Commonwealth of the Northern Mariana Islands.

Part VII Lines 62-65. These lines show the total interest and dividend income for the year in the two trust accounts. The details of the income for each individual asset in these two accounts is included in lines 66 to 106. These two trust accounts were in existence in 2012 and were included in aggregate reporting in the 2012 report. They were not exempt from reporting in 2012. They were not acquired through an exempt transaction, and the two accounts themselves were not acquired in 2013. Details of the assets acquired in 2013 are included after line 65.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544